IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LELAND FOSTER, *Individually*, AND MICHAEL MILES, *Individually*, | ) ) | Case No. 3:21-cv-174 |
| Plaintiffs, | ) ) | JUDGE KIM R. GIBSON |
| v. | ) ) | |
| SEVEN SPRINGS MOUNTAIN RESORT, INC., | ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 3rd day of January 2022, upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 10), it is **HEREBY ORDERED** that the above captioned case is **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that each party shall bear its own fees and costs. The Clerk of Court shall mark this case as closed.

BY THE COURT:

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**